[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12805
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00505-RAL-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NORMAN V. CHARLTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 17, 2015)

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Norman Charlton in this direct

criminal appeal, has moved to withdraw from further representation of Charlton

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Charlton's convictions and sentences are **AFFIRMED.**